IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:                                    )
                                          )
CANDICE J ROBINSON                        )
                                          )    CASE # 22-21221-7
                    Debtor.               )

**TRUSTEE'S MOTION FOR TURNOVER OF FUNDS AND/OR PROPERTY**

COMES now the trustee, Darcy D. Williamson, and moves the Court for an Order requiring the debtor to turn over funds, information, documents and/or property. In support of her motion, the trustee alleges and states as follows:

1. Darcy D. Williamson is the duly qualified and acting trustee in this case and cause.

2. The debtor filed a Chapter 7 bankruptcy on December 14, 2022 ("Petition Date"). A 341 hearing was held thereafter.

3. On the Petition Date, the debtor was in possession and/or control of the following information, documents and property described below:

   A. Provide copies of 2022 State and Federal Tax Returns, including all schedules, W-2s, 1099s, depreciation worksheets and homestead returns, if applicable. Turnover of any refunds is also requested.

   B. Provide registration and verification of insurance on 2019 Honda Accord.

   C. Provide statements for the Venmo account for the months of September to December 2022.

   D. Provide any and all loan documents and an itemized list of payments made to Best Egg from September to December 2022.

These documents, funds and information constitute property of the bankruptcy estate pursuant to 11 U.S.C. § 541. The debtor is required to surrender and turn over estate property unto the trustee pursuant to 11 U.S.C. § 542 and 11 U.S.C. § 521(a)(3) and (a)(4).

4. The trustee requested the debtor to turn over the above described property in letters and/or emails and the debtor failed to comply.

WHEREFORE, the Trustee prays the Court for an Order requiring the debtor to turn over the above requested documents, information, funds and property and the trustee prays for all other proper relief.

/s/ Darcy D. Williamson
DARCY D. WILLIAMSON, Trustee
Williamson Law Office
Attorney # 11337
1109 SW Westside Drive
Topeka, KS 66615
(785) 233-9908

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing **TRUSTEE'S MOTION FOR TURNOVER OF FUNDS AND/OR PROPERTY** was filed electronically on June 23, 2023, with the United States Bankruptcy Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF as set out on the Notice of Electronic Filing as issued by the Court and shall be served by U.S. Mail, First Class, postage prepaid, on those parties listed below, and on those parties directed by the Court on the Notice of Electronic Filing issued by the Court and as required by the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Kansas.

    Candice J Robinson
    4615 Chouteau St
    Shawnee, KS  66226

    /s/ Darcy D. Williamson
    DARCY D. WILLIAMSON, Trustee
    Williamson Law Office
    Attorney # 11337
    1109 SW Westside Drive
    Topeka, KS 66615
    (785) 233-9908